UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| DESHAWN DEANE, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | CLASS ACTION |
| vs. | Case No. 1:23-cv-00556-PTG-WEF |
| CAPITAL ONE FINANCIAL CORPORATION, | JURY TRIAL DEMANDED |
| *Defendant*. _____/ | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, DeShawn Deane, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, DeShawn Deane, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 14, 2023

Respectfully Submitted,

*/s/ Heather Whitaker Goldstein*
Heather Whitaker Goldstein
VA State Bar No 41480
David M. Wilkerson*
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
Email: hgoldstein@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Andrew J. Shamis*
Edwin E. Elliott*
**SHAMIS & GENTILE, P.A.**
14 NE First Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

Jeffrey D. Kaliel*
Sophia Goren Gold*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

Scott Edelsberg*
Christopher Gold*
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

*Pro Hac Vice forthcoming
*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                */s/ Heather Whitaker Goldstein*
                Heather Whitaker Goldstein