UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

DESHAWN DEANE, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

CAPITAL ONE FINANCIAL CORPORATION,

    *Defendant*.

CLASS ACTION

Case No. 1:23-cv-00556-PTG-WEF

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DeShawn Deane, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, DeShawn Deane, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 14, 2023

Respectfully Submitted,

*/s/ Heather Whitaker Goldstein*
Heather Whitaker Goldstein
VA State Bar No 41480
David M. Wilkerson*
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
Email: hgoldstein@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

So ordered 6/15/23

/s/
Patricia Tolliver Giles
United States District Judge